432 A.2d 254

Commonwealth v. Delvalle, Appellant.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Submitted September 11, 1980.
David A. Binder, for appellant; John B. Stevens, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.